# SUPREME COURT OF PENNSYLVANIA

123 A.3d 330–332

| | | | |
|---|---|---|---|
| C.A.R. v. R.E.M. . . . . | 09/10/2015266 WAL (2015) | Denied | Pa.Super., 122 A.3d 1126 |
| Com. v. Adams . . . . . | 09/11/2015263 MAL (2015) | Denied | Pa.Super., 120 A.3d 1044 |
| Com. v. Bailey . . . . . | 09/01/2015473 MAL (2015) | Denied | Pa.Super., 122 A.3d 453 |
| Com. v. Baker . . . . . . | 09/09/2015291 MAL (2015) | Denied | Pa.Super., 118 A.3d 448 |
| Com. v. Begnoche [1] | 08/04/2015255 MAL (2015) | Denied | Pa.Super., 120 A.3d 370 |
| Com. v. Bryant . . . . . | 09/09/2015126 EAL (2015) | Denied | Pa.Super., 121 A.3d 493 |
| Com. v. Burak . . . . . | 09/11/2015154 WAL (2015) | Denied | Pa.Super., 118 A.3d 460 |
| Com. v. Dates . . . . . . | 09/09/2015430 MAL (2015) | Denied | Pa.Super., 122 A.3d 441 |
| Com. v. Depaula . . . . | 09/09/2015217 WAL (2015) | Denied | Pa.Super., 120 A.3d 1057 |
| Com. v. Garfield . . . . | 08/24/2015284 MAL (2015) | Denied | Pa.Super., 120 A.3d 1061 |

1. Reconsideration Denied September 15, 2015.